

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF
# MICHIGAN

**Refaat Abul Hosn**

**Plaintiff**

**Vs.**

Case: 4:20-cv-13442
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 12-23-2020 At 12:02 PM
CMP HOSN VS FLY BAGHDAD AIRLINE (DP)

**Fly Baghdad Airline ,et al      F.B.**
**Jointly & Severally**

**Defendant**

## PRO SE

## Complaint

Statement of claim .
 Hre comes the plaintiff to submit a complaint. Against  a business previously shared with  the defendant.

1. The  business relation background of the presented case  started Mar. 21,2017 when the company." FB." was managed by Mr. Ali al hamadany asked , Asked Plaintiff to assist in finding Aircrafts to purchase by his managed company F.B. ref to e mail Mar.21st ,2017
Upon the negotiation between the plaintiff & the defendant ,  F.B. will pay 5% as Commission of the price value of Aircraft bought  for the favor of the  Plaintiff services upon the purchase of Aircraft .
The Plaintiff agreements was  supported by  NDNC & Mandate Dated April 13th,2017,Attached to this complaint, E Mails WhatsApp, visits to Baghdad meeting with the management  .

d) In the head office of F.B. in baghdad agreement signed between plaintiff and the management of fly Baghdad Issued an NDNC & Mandate Signed by Natheer Al Jebouri F.B. Technical Department in the presence and the request of the Plaintiff in Baghdad

e) The plaintiff established a group to help him in finding A/C for F.B. to Purchase .

Mr. Craig Auestad ,Boeing , Opportunity development , Commercial Airplanes , Boeng

Malti Dollinger ,Swiss Aviation AG "SAT" Address **

Jack Kandell , OK Consulting , California "    "    **

Beside the Plaintiff experience for 35 years as a captain in the Airline business

E Mails available to support Plaintiff complaint

The First Business Relation .

Plaintiff found the A/C required by F.B. MFD Boeing 737-700 YOM 2002 MSN 32412 MFD Ref to Documents Attached

g)F.B. Purchased the A/C and changed the registration from HL 8205to Iraq registration YI BAN , after was given all the details of the A/C/ by the Plaintiff

h) The Plaintiff was in his way to USA to finalize the Deal and delivery of the A/C . the CEO "2017" Mr. Ali Al Hamadany contacted the Seller group and ask them not to meet the Plaintiff and Mediation Group (( email Mark )) ref to email attached

i) F.B. , CEO did not fulfil commitment to pay the 5% commition as agreed.
As indicated in the NDNC Dated April 13,2017

Governing Law. This Agreement shall be construed and enforced in accordance with the laws of The United States Of America choice and of laws.

2. The second Business relation

Aug. 21st,2018 when the the New CEO "2018 "Basheer al shabbini and His Brother the partner in F.B. Jawad al Shabbini contacted the plaintiff ,Claiming that will improve relation with the plaintiff sending $ 10000 dollar as good will and cover up for some expenses paid by the plaintiff during 2017 , asking for plaintiff involvement and looking forward to purchase Aircrafts

a) Ref to visits Mandate,dated sept 6th,2018, NDNC dated Dec 23rd,2018 ,(( claim supported by e mail documents included WhatsApp , chats ))

b) The plaintiff found the aircraft as per required specification required by F.B.

c) F.B. Did not pay the 5% commission . and the CEO denied ignored all business relation and services , NDNC delivered by his brother Jawad al Shibbani a share holder in F.B. ( Brother Jawad Dilivered the NDNC in his home in Beirut.

d) last contact with CEO was Sept 8th ,2019 , Nov. 20th, 2019 was informed that plaintiff will submit a complaint , No reply was received

2

CEO al Basheer changed his phone  security code for him not to be contacted wih the Plaintiff.

The total amount of Money as 5% commission owned to the plaintiff is $ 1,800.000 to be confirmed by knowing exact  amount  paid for the 2 aircrafts MSN 32412 & 35064
As indicated in the NDNC s  dated April 13th, 2017 &  Dec. 23rd,2018 ,Governing Law item 8,Dispute "2017" &  Item 9 ,"2018" in case of Dispute ,and item 10 Payment

The Plaintiff, attached documents  & can submit Further to support his complaint as  emails, WhatsApp,  Chats ,

<u>Where The Plaintiff asking the the court</u> :-
   a) to put a lien on the A/C s 32412 & 35064 under the new registration  YI BAH & YI BAN ,till the defendant ,pay the required amount stated in the NDNC s Agreements
b)to  enter judgment in his favor against the defendant   and for compensatory damages in an amount of  2 Million Dollar that is sufficient to compensate for Commission and  for actual  consequential  and incidental losses ,sustain a result of Defendant not fulfilling commitments , denying services of the plaintiff plus interest ,cost of reasonable attorney advice fee torturous  interference,  losing opportunities to extend business.

Date  Dec 8th,2020

Plaitiff's Name:            Rifaat Abul Hosn
Address:  14565 Malcolm St.
South Gate, Mi 48195
E Mail <ref2708@yahoo.com >

3

**I N D E X**
**F OR**
**FIRST BUSINESS YEAR 2017**

<u>Document</u>                                              <u>Page</u>

1. **Mandate of Apr.13th,2017**
2. **N.D.N.C. Between Plaintiff & Defendant**
3. **Boeing E Mail contact with Mr Graig**
   **Auestad Director**
4. **MSN 32412 Spec.as per Fly Baghdad**
   **requirment list by Boeing**
5. **Aircraft Purchased by Fly Baghdad,New**
   **Registration**
6. **E Mails  By Fly Baghdad Asking Plaintiff**
   **To Participate and help**
7. **E. Mail Mr. Al Hamadany C.E.O. Apr. 6th,2017**



**FLY BAGHDAD**

Dear Sir or Madam :

We hearby authorise Capt Refaat Abul Hosn to source these aircraft for purchase one ore more of these aircraft our Airline .

we would appriciate it if you would give our Mandated Agent your complete cooperation and supply the information they request on your available aircraft as promptly as possible . please do not contact my staff directly on this issue . as we wish that you wok directly with our Mandates. thy will keep us up to date on all points .

Sincerely

Mr. Natheer A. Al -Jabouri
Title : Technical Department



**FLY BAGHDAD**

<u>**NON-DISCLOSURE AND**</u>
**NON-CIRCUMVENTION AGREEMENT**

This Non-Disclosure and Non-circumvention Agreement (the Agreement) is entered into this day April 13th,2017 by and among:

(1) Fly Baghdad Huniya Square Sector 925 St 25,Buiding 66 Baghdad Iraq

(2) Capt. Refaat Abul Hosn 14565 Malcolm St. ,South Gate Mi 48195 ,USA

**RECITALS**

WHEREAS, the Parties are currently engaged in discussion with respect to entering into a business relationship in which one party (the introducing Party ) may introduce the other Party (the Meeting Party) to clients , bankers investors and other persons and entities Known to the introducing party ,which shall be known collectively as "Client" and each individuality, a "Client" and

WHEREAS, in connection with possible transaction between a party to this agreement with the other party or Client of the other Party , the parties to this agreement may request certain within and oral information concerning the other. Each party ( a Disclosure ) is willing tto furnish the other ( a Recipient ) with Confidential Information ( defined below )

NOW, THEREFORE , in consideration of mutual understanding , it is hereby agreed by and between the parties as follows :

1. <u>Confidential information  .</u> For purposes of this agreement ,the term "Confidential Information " shall means any and all information provided to recipient by or behalf of other Disclosure whether in writing ,orally ,verbally ,electronically or machine reliable form , through demonstration or in any other manner  , and shall include without limitation , any information regarding or relating purchase of aircraft

2. <u>Use of confidential information .</u> The Confidential information will be used by Recipient solely for the purpose of purchasing of an aircraft

3. Exceptions

The protection rights and requirement of First party ,and the legal right of second party

1



**FLY BAGHDAD**

4. Procedure to protect confidential information . For the purpose Of protecting confidential information received from Discloser Here under . Recipient, in addition to and without limiting the generality of the provision of secter 2 hereof ,will use all reasonable efforts to protect the confidentiality thereof. including without limitation, efforts with those it employs for the protection of its own confidential and proprietary information

5. .Introduction and identification of Client . An introduction party shall not Discllose any confidential information including without limitation the identity of a Meeting Party to one of its Client s without the express written consent of the Meeting party upon the making of any introducing party of one of its clients to meeting party , the parties hereto shall duly inform each other in wanting to identify such client and the introducing party of such client

6. 6.Validity Survival . The Validity of the agreement is for 12 Months .The Parties acknowledge and agree that either of them may terminate the agreement and any relationship between them at any time .

7. No Licence . Recipient acknowledge and agree that nothing contained in this Agreement will be construed as grantin Any wright ,by license or otherwise , to Recipient to any Confidential Information or to any copy write , Trade Mark Service marks , patent right ,trade secret, or other proprietary Rights to Discloser

8. Governing Law . This Agreement shall be construed and enforced in accordance with the Laws of the United States of America choice and of Laws

9. The Compensation >. Of Services for the second party is 5 % ( five per cent ) of the value of the Aircraft will be paid by the first Party upon the purchase of the Aircraft

10. The price of the Aircraft . In case no purchase agreement available to the second party ,then the price can be determined by an official appraisal assigned by the second party and the payment of the services for the second party ,should be paid upon the delivery of the Aircraft with no delay.
This Agreement sets forth the entire Agreement and understanding among the parties relating to the subject matter hereof and Supersede all prior agreements and understanding with respect To such subject mat

2



**FLY BAGHDAD**

11. <u>Counter parts ></u>  The agreement include a email of same may be executed in several counterparts. In an  email shall constitute  a Duplicate  original  of same

WITNESS WHEREOF the Parties hereto have executed and delivered this Agreement as of this date , Thursday April  13,2017

Accepted for  Fly Baghdad          Accepted  For Capt ,Refaat  Abul Hosn

Accept for
Fly Baghdad
25th Street ,Bldg 66
Al Hurriya Sq
Baghdad,Iraq
Natheer Al Jebouri
Tech Dept

Accepted for
Refaat Abul Hosn

13   APRIL 2017                    Date:                    2017

737-700 availability CRM:0003611Yahoo/lnb

**Auestad, Craig A** <craig.a.auestad@boeing.com>

To:ref2708@yahoo.com

Thu, Apr 6, 2017 at 9:50 PM

Hello Rifaat,

As we discussed I've attached a list of 737-700 aircraft that are on the market.  I don't know their current status.   Boeing doesn't represent these aircraft so you will need to speak with the individuals listed for more details on each aircraft.

Best regards,

**Craig Auestad**

Director - Business Development

Opportunity Development

Boeing Commercial Airplanes

**Office: +1-206-766-2167**

**Mobile: +1-206-330-5792**

**www.boeing.com/startup**

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you have received. Thank you.

Search Supply Results 06 Apr 2017.csv
7.6kB

RE: 737-700 availability CRM:0003611

Yahoo/Inbox

**Auestad, Craig A** <craig.a.auestad@boeing.com>

To:Rifaat Abul Hosn

Thu, Apr 6, 2017 at 11:08 PM

The list I sent you has the following for each aircraft listed:

Contact Company

Contact Individual

Contact telephone number

Contact email

They are shown in Columns M through Columns P in the excel file.

Best regards,

**Craig Auestad**

Opportunity Development

Boeing Commercial Airplanes

206-766-2167

**From:** Rifaat Abul Hosn [mailto:ref2708@yahoo.com]

**Sent:** Thursday, April 06, 2017 1:05 PM

**To:** Auestad, Craig A <Craig.A.Auestad@boeing.com>

**Subject:** Re: 737-700 availability CRM:0003611

1

Hello Sir thank you for your Great Help ,and your time spent to help , do you think I may ask for a list could show the contact details for the owners as the list I have it is not clear
thanking you for your help
Rgrds
Rifaat

---

**From:** "Auestad, Craig A" <Craig.A.Auestad@boeing.com>
**To:** "ref2708@yahoo.com" <ref2708@yahoo.com>
**Sent:** Thursday, April 6, 2017 9:50 PM
**Subject:** 737-700 availability CRM:0003611

Hello Rifaat,

As we discussed I've attached a list of 737-700 aircraft that are on the market.  I don't know their current status.   Boeing doesn't represent these aircraft so you will need to speak with the individuals listed for more details on each aircraft.

Best regards,

**Craig Auestad**
Director - Business Development
Opportunity Development
Boeing Commercial Airplanes
**Office: +1-206-766-2167**
**Mobile: +1-206-330-5792**
**www.boeing.com/startup**

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you have received. Thank you.

2

| MSN | Quantity | Class | Type | Model | EngMfr | Engine | YOM | Available | Terms | Operator | Owner | ContactCo | ContactNa | ContactPh | ContactEm | recid | CurrentReg | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30656 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2003 | ######## | Dry | XIAMEN AI | KDAC AIRC | DVB BANK | Jonathan L | ph: +44-207-256-4449 |  |  | B-5038 | SN: |
| 36689 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2009 | ######## | Sale,Dry | westjet | BOC AVIAT | BOC Aviati | Graham Cc | ph: +353 1 | graham.co | 2951 | C-GWSU | G: |
| 32421 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2003 | ######## | Sale,Dry | CFM MATE | CFM MATE | SMBC Avia | Denis Hogg | ph: +353 1 | denis.hoga | 2775 | NS78UA | G: |
| 32415 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2002 | ######## | Sale,Dry | VRG | MSN 3241 | AWAS | Carter Whi | ph: +353 1 | carter.whit | 3099 | PR-GEE | G: |
| 34295 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2005 | ######## | Sale,Dry | AEROMEXI | FLY LEASIN | BBAM Airc | Steve Zissi | ph: 775-83 | marketing( | 3171 | XA-VAM | G: |
| 30634 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2002 | ######## | Sale,Dry | XIAMEN AI | AERCAP | AerCap B.\ | Steve Adar | ph: (425) 2 | sadams@a | 1867 | B-5029 | G: |
| 33920 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2005 | ######## | Sale,Dry | Camair-Co | AVIATION I | Aviation Cz | Andy Man: | ph: 949-21 | andy.mans | 2469 | TJ-QCB | G: |
| 36691 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2009 | ######## | Sale,Dry | Westjet | AWAS | AWAS | Carter Whi | ph: +353 1 | carter.whit | 3101 | C-FWSI | G: |
| 34480 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2006 | 2/28/2018 | Sale,Dry | Camair-Co | AVIATION I | Aviation Cz | Andy Man: | ph: 949-21 | andy.mans | 2471 | TJ-QCA | G: |
| 32769 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2005 | 2/28/2021 | Sale,Dry | WESTJET | AVIATION I | Aviation Cz | Andy Man: | ph: 949-21 | andy.mans | 3159 | VT-JLB | G: |
| 28250 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2002 | ######## | Sale,Dry | JET AIRWA | ETERNITY / | BBAM Airc | Steve Zissi | ph: 775-83 | marketing( | 1771 | C-FEWJ | G: |
| 37089 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2009 | ######## | Sale,Dry | westjet | BOC AVIAT | BOC Aviati | Graham Cc | ph: +353 1 | graham.co | 2961 | C-GWSN | G: |
| 32768 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2005 | ######## | Sale,Dry | WESTJET | AVIATION I | Aviation Cz | Andy Man: | ph: 949-21 | andy.mans | 1769 | C-FXWJ | G: |
| 34022 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2005 | ######## | Sale,Dry | Air China | MSN 3402 | AWAS | Carter Whi | ph: +353 1 | carter.whit | 3091 | B-5217 | G: |
| 33785 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2003 | ######## | Sale,Dry | SOUTHWE | AIRSP 2005 | SMBC Avia | Denis Hogg | ph: +353 1 | denis.hoga | 2065 | N7837A | G: |
| 37090 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2009 | ######## | Sale,Dry | westjet | BOC AVIAT | BOC Aviati | Graham Cc | ph: +353 1 | graham.co | 2963 | C-GWSO | G: |
| 36693 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2009 | ######## | Sale,Dry | westjet | BOC AVIAT | BOC Aviati | Graham Cc | ph: +353 1 | graham.co | 2965 | C-GWSP | G: |
| 33786 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2003 | ######## | Sale,Dry | SUN COUN | AERCAP | AerCap B.\ | Steve Adar | ph: (425) 2 | sadams@a | 1491 | N714SY | G: |
| 28258 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2003 | ######## | Dry | XIAMEN AI | KDAC AIRC | DVB BANK | Jonathan L | ph: +44-207-256-4449 |  |  | B-5039 | SN: |
| 33787 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2003 | ######## | Sale,Dry | SUN COUN | AERCAP | AerCap B.\ | Steve Adar | ph: (425) 2 | sadams@a | 1495 | NF15SY | G: |
| 30038 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2004 | ######## | Sale,Dry | AEROMEXI | AERCAP | AerCap | Adams, Ste | ph: (425) 2 | sadams@a | 3269 | N908AM | G: |
| 32413 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2002 | ######## | Sale,Dry | EASTAR JE | ECAF 2015 | BBAM Airc | Steve Zissi | ph: 775-83 | marketing( | 3157 | HL8207 | G: |
| 37088 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2009 | ######## | Sale,Dry | westjet | BOC AVIAT | BOC Aviati | Graham Cc | ph: +353 1 | graham.co | 2957 | C-FBWS | G: |
| 34023 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2005 | ######## | Sale,Dry | Air China | PAFCO CHI | AWAS | Carter Whi | ph: +353 1 | carter.whit | 3093 | B-5201 | G: |
| **32412** | **1** | **Passenger** | **737** | **-700** | **CFM** | **CFM56-7B** | **2002** | ######## | **Sale,Dry** | **EASTAR JE** | **ECAF 2015** | **BBAM Airc** | **Steve Zissi** | **ph: 775-83** | **marketing(** | **3155** | **HL8205** | **G: BAT: Fresh C check (** |
| 32422 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2003 | ######## | Sale,Dry | CFM MATE | CFM MATE | SMBC Avia | Denis Hogg | ph: +353 1 | denis.hoga | 2777 | NS79UA | G: |
| 34538 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2005 | ######## | Sale,Dry | Air China | PAFCO CHI | AWAS | Carter Whi | ph: +353 1 | carter.whit | 3095 | B-5203 | G: |
| 34293 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2005 | 10/19/201 | Sale,Dry | AEROMEXI | FLY LEASIN | BBAM Airc | Steve Zissi | ph: 775-83 | marketing( | 3169 | XA-PAM | G: |
| 33790 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2004 | ######## | Sale,Dry | AEROMEXI | SMBC AVIA | SMBC Avia | Denis Hogg | ph: +353 1 | denis.hoga | 2067 | XA-NAM | G: |
| 30283 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2002 | ######## | Sale,Dry | AEROMEXI | AEROMEX | Aviation Cz | Andy Man: | ph: 949-21 | andy.mans | 3177 | N997AM | G: |
| 29370 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2006 | ######## | Sale,Dry | MACQUAR | MACQUARI | Macquarie | Julian | Julian.Ode: |  | 3029 | F-WTDE | G: |
| 32767 | 1 | Passenger | 737 | -700 | CFMI | CFM56-7B | 2004 | 11/23/202 | Sale,Dry | WESTJET | AVIATION I | Aviation Cz | Andy Man: | ph: 949-21 | andy.mans | 1767 | C-FBWJ | G: |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF
# MICHIGAN

**Refaat Abul Hosn**

                     **Plaintiff**

           **Vs.**                         **Case No.**

                                     **Honorable Judge**

**Fly Baghdad Airline ,et al     F.B.**

                   **Jointly & Severally**

                 **Defendant**

**PRO SE**

---

**The 2 Aircrafts was arranged by Capt Refaat Abul Hosn In Contact with Boeing**

**Current Registration for the 737 700 YI BAN PREVIOUS MSN 32412 REGISTRATION HL 8205 ,April ,2017**

**Current registration for the 737 800 YI BAH PREVIOUS MSN 35064 PREVIOUS OPERATER TRAVAIRA AIR REGISTRATION was PK TVV**

Re: A320
Yahoo/Sent
**Rifaat Abul Hosn** <ref2708@yahoo.com>
To:Tarif Othman
Mar 22, 2017 at 9:34 AM
Thanking you for asking us to help i shall be in touch in very short time best regards
Rifaat
Sent from Yahoo Mail on Android

On Tue, 21 Mar 2017 at 3:48 p.m., Tarif Othman
<othmantarif@yahoo.com> wrote:


----- Forwarded Message -----
**From:** Tareef Othman <tothman@flybaghdad.net>
**To:** othmantarif@yahoo.com
**Sent:** Tuesday, March 21, 2017 4:18 PM
**Subject:** A320

Dear Cap.

Ref. to the tel. call between us attached the POF and the aircraft needed for our
company


--
BRs

Tareef Othman

Safty & Quality Manager
+964 782 7860 346
Preview attachment Bank.PDF
Preview attachment C.E.O-007.PDF


C.E.O-007.PDF
616 KB


Bank.PDF
57 KB
Preview attachment C.E.O-007.PDF


C.E.O-007.PDF
616 KB

1

**Ali Al-Hamdany** <aalhamdany@flybaghdad.net>
To:ref2708@yahoo.com
Cc:Tareef Othman
Apr 6, 2017 at 12:36 PM
Dear Captain
It was pleasure talking to you,
As discussed I have made some minor corrections on the letter, attached, can you please send it to us by email on letter head with signature and stamp
Thanks in advance
**Ali Al-Hamdany**
**Chief Executive Officer**
On 6 April 2017 at 11:59, Tarif Othman <othmantarif@yahoo.com> wrote:

---

----- Forwarded Message -----
**From:** Rifaat Abul Hosn <ref2708@yahoo.com>
**To:** Tarif Othman <othmantarif@yahoo.com>
**Sent:** Thursday, April 6, 2017 11:55 AM
**Subject:** purchase of 737-700
Inclosed sir the attachment required please do not hesitate to ask if you need any further
Best Perssonal regards
Rifaat
FLY BAGHDAD DISCLAIMER
This e-mail (and any attachment(s)) contains information which may be privileged and confidential. If you are not the intended recipient you may not peruse, use, disseminate, distribute or copy this message. If you have received this message in error, please notify the sender immediately by e-mail, fax or phone (listed above) and return or destroy the original message. Any views or opinions presented in this email or any attachments are solely those of the author and do not necessarily represent those of Fly Baghdad.
Mr. Hamdany Prepered letter.doc
34.5kB
**Settings**
**Ali Al-Hamdany**
aalhamdany@flybaghdad.net
Edit contact

1

**I N D E X**
**FOR**
**Second Business year 2018-2019**

| Document | Page |
|---|---|

1. Mandate of 06/09/2018
2. N.D.N.C  Page 1,2,3
3. Boeing E Mail contact  with
   Mr. Graig Auestad
4. MSN 35064 Spec. as per Fly
   Baghdad requirement
5. Aircraft Purchased by Fly Baghdad
   Registration Changed
6. E Mails request by Fly Baghdad requesting
   Plaintiff to participate and help
7. E Mail  al Basheer CEO Aug 21st,2018



بـغـداد ماي
FlyBaghdad.**net**

No:   CEO-145
Date: 06/09/2018

Sub: Mandate

To whom it may concern.

We FlyBaghdad airline recently appointed Rifaat Abul Hosn, to proceed
with locating of B737-700 and B737-800 YOM 2005 or younger, for
outright purchase or lease to purchase. This mandate is effective for 90
days from the date mentioned above till further notice.



Basheer Al-Shabbani

C.E.O.

Flybaghdad

TEL : +964 (01) 7780101
FAX : +964 (01) 7780101
HURRIYA SQUARE , BABIL NEIGHBORHOOD - SECTOR 925
ST  951  BUILDING66 - BAGHDAD - IRAQ / P.O.BOX : 2216

WWW.FLYBAGHDAD .NET
MOREINFO@FLYBAGHDAD.NET
CALL CENTER        5666

## NON-DISCLOSURE AND
## NON-CIRCUMVENTION AGREEMENT

This Non-Disclosure and Non-Circumvention Agreement (the "Agreement") is entered into this day by Dec.23rd,2018, and among:

    (1)    **Fly Baghdad**                First Party

    (2)    **Rifaat Abul Hosn**       Second Party

### RECITALS

**WHEREAS,** the parties are currently engaged in discussions with respect to entering into a business relationship in which one party (the **"Introducing Party"**) may introduce the other party (the **"Meeting Party"**) to clients, brokers, investors, and other persons and entities known to the Introducing Party, which shall be known collectively as **"Clients"**, and each individually, a **"Client"**); and

**WHEREAS,** in connection with a possible transaction between a party to this Agreement with the other party or any Client of the other party, the parties to this Agreement may request certain written and oral information concerning the other. Each party (a **"Discloser"**) is willing to furnish the other (a **"Recipient"**) with Confidential Information (defined below)

**NOW, THEREFORE,** in consideration of the mutual covenants herein contained, it is hereby agreed by and between the parties as follows:

    1.    <u>**Confidential Information.**</u>   For purposes of this Agreement, the term "Confidential Information" shall mean any and all information provided to Recipient by or on behalf of Discloser whether in writing, orally, visually, electronically or in machine readable form, through demonstration or in any other manner, and shall include, without limitation, any information regarding or relating to purchase of aircraft.

    2.    <u>**Use of Confidential Information.**</u>   The Confidential information will be used by Recipient solely for the purpose of purchasing of an aircraft.

    3.    <u>**Exceptions.**</u>
    The protection rights and requirements of First Party and the legal rights of Second Party

    4.    <u>**Procedure to Protect Confidential Information.**</u>   For the purpose of protecting Confidential information received from Discloser hereunder, Recipient, in addition to, and without limiting the generality of, the provisions of section 2 hereof,





1

will use all reasonable efforts to protect the confidentiality thereof, including, without limitation, efforts commensurate with those it employs for the protection of its own confidential and proprietary information.

5.   **Introduction and identification of clients.**   An Introducing Party shall not disclose any Confidential  Information, including, without limitation, the identity of a Meeting Party, to one of its Clients without the express written consent of the Meeting Party. Upon the making of any introduction by an Introducing Party of one of its Clients to any Meeting Party, the parties hereto shall duly inform each other in writing to identify such Client and the Introducing Party of such Client

6.   **Validity, Survival.**   The validity of this Agreement is for 6 Months. The parties acknowledge and agree that either of them may terminate this Agreement and any relationship between them at any time by written request from the Termination application party and written approval by the Termination granting party. Each party's obligations pursuant to section 1 above shall survive any expiration, termination or cancellation of this Agreement and shall continue to bind the parties hereto for up to six (6) months following any such expiration, termination or cancellation of this Agreement.

7.   **No License.**   Recipient acknowledges and agrees that nothing contained in this Agreement will be construed as granting any rights, by license or otherwise, to Recipient to any Confidential Information, or to any copyrights, trademarks, service marks, patent rights, trade secrets, or other proprietary rights of Discloser.

8.   **Governing Law.**   This Agreement shall be construed and enforced in accordance with the laws of Beirut, Lebanon, or the United States

9.   **Dispute**
The interpretation and enforcement of this agreement in case of dispute, should be solved in good faith between the two parties. If this can not be solved then the two parties accept the laws of Beirut Lebanon, or United States of America. The verdict will be binding and absolute.





2

10.   Payment and compensation for services for the second party is 5% (five percent) of the price value of Aircraft will be paid by First Party upon leasing or lease to purchase or upon delivery or purchasing later of same Aircraft by Fly Baghdad and or the Deal Financed by a group was introduced by the second party.

11.   The price of the Aircraft in case no purchase contract agreement. The price will be given by official appraisal selected by the second party.

12.   The payment of the above services and commission should be paid with no delay after the delivery of each Aircraft.

13.   The first party shall not use the companies introduced by second party only after the consent of the second party.

14.   **Entire Agreement.**   This Agreement sets forth the entire Agreement and understanding among the parties relating to the subject matter hereof and supersedes a;; prior agreements and understandings with respect to such subject matter.

15.   **Amendments.**   No modification or amendment hereof shall be of any force or effect unless, reduced to writing and signed by the party against which enforcement of such modification or amendment is sought.

16.   **Counterparts.**   This Agreement, including a email of same, may be executed in several counterparts, and this executed agreement and each executed counterpart, in an email shall constitute a duplicate original of the same.

Whiteness whereof the parties hereto have excited and delivered this Agreement as of this date Dec 23rd,2018

Accepted for: First Party            Accepted for:Second Party

Basheer Al-Shabbani  ,CEO              Refaat Abul Hosn
Hurriya Square, Sector 975             1500 W.Fort St.
St 25 Buildings –Baghdad, Iraq          Detroit ,MI 48216
P.O.Box :2216                          E Mail < ref2708@yahoo.com>



3

RE: Boeing 737-700 or 800 to buy CRM:0003750
Yahoo/Archive

**Auestad (US), Craig A** <craig.a.auestad@boeing.com>
To:Rifaat Abul Hosn
Cc:Hinnaland (US), Barbara J
Wed, Aug 22, 2018 at 2:16 AM
Hello Rifaat,

It is nice to hear from you again. I've attached a list of 737-700 and 737-800 aircraft that are on the market. I don't know their current status. Boeing doesn't represent these aircraft so you will need to speak with the individuals listed for more details on each aircraft.
Best regards,
**Craig Auestad**
Director - Business Development
Opportunity Development
***StartupBoeing*** (startup-airline support)
Boeing Commercial Airplanes
www.boeing.com/startup
startup@boeing.com
Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you have received. Thank you.

**From:** Rifaat Abul Hosn [mailto:ref2708@yahoo.com]
**Sent:** Tuesday, August 21, 2018 6:31 AM
**To:** Auestad (US), Craig A <Craig.A.Auestad@boeing.com>
**Subject:** Boeing 737-700 or 800 to buy

Dear Sir
I am interested to buy lease a 737-700 or 800 for Baghdad
I look forward if I have a list or you have an an A/C to sell in this category , I was always having the advise from you in the past
best regards
Rifaat Abul Hosn
tel +9613964070

Search Supply Results 21 Aug 2018.csv
43.8kB

1

| ID | Qty | Type | Model | Engine | Year | Date/Status | Operator / Owner / Contact | Ref | Reg | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 41179 | 1 | Passenger | 737 | -800 CFMI | 2016 | Sale,Dry | URUMQI A AIRCASTLE Aircastle Li Jane O'Cai ph: -353 1/jocallaghar | 3207 | B-1568 | G: Brand new aircraft in GOL spec |
| 32885 | 1 | Passenger | 737 | -800 CFMI | 2002 | 11/24/20 Sale,Dry | SRIWIJAYA AVIATION Aviation Ci Andy Man ph: 949-21 denis.hoga | 3287 | PK-CMF | G: |
| 33455 | 1 | Passenger | 737 | -800 CFMI | 2004 | Sale,Dry | UNITED AII SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2059 | N33292 | G: |
| 30099 | 1 | Passenger | 737 | -800 CFMI | 2007 | Sale,Dry | AMERICAN SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2027 | N976AN | G: |
| 33561 | 1 | Passenger | 737 | -800 CFMI | 2004 | Sale,Dry | TAINYR AII AIRSP 2001 SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2791 | VQ-BQT | G: |
| 33563 | 1 | Passenger | 737 | -800 CFMI | 2005 | Sale,Dry | SUNEXPRE RBS AEROS SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2795 | D-ASXS | G: |
| 38494 | 1 | Passenger | 737 | -800 CFMI | 2009 | Sale,Dry | RYANAIR SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2829 | EI-EKB | G: |
| 30827 | 1 | Passenger | 737 | -800 CFMI | 2004 | Sale,Dry | SUNEXPRE AIRSP 2001 SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 3021 | D-ASXR | G: |
| 30274 | 1 | Passenger | 737 | -800 CFMI | 2009 | Sale,Dry | RYANAIR SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 3023 | EI-ASKR | G: |
| 38820 | 1 | Passenger | 737 | -800 CFMI | 2001 | 11/15/20 Sale,Dry | SUNEXPRE AVIATION Aviation Ci Andy Man ph: 949-21 denis.hoga | 1649 | TC-SUU | G: winglets |
| | 1 | Passenger | 737 | -800 CFMI | 0 | Sale,Dry | SUNWING UNIDSCLO AerCap Adams, Ste ph: 425-23 sadams@a | 3335 | C-GUUL | G: |
| 29247 | 1 | Passenger | 737 | -800 CFMI | 2006 | 6/29/2017 Wet | CORENDO AASET 201 Corendon Mine Aslar ph: +90-54 ikahya@c corendon-airl | TC-TUJ | | SN: IOSA certified aircraft availabl |
| 33267 | 1 | Passenger | 737 | -800 CFMI | 2005 | Sale,Dry | SUNEXPRE MACQUAR Macquarie Julian Julian.Ode. | 3043 | D-ASXI | G: |
| 35285 | 1 | Passenger | 737 | -800 CFMI | 2009 | Sale,Dry,W HAINAN Al AERCAP AerCap Adams, Ste ph: 425-23 sadams@a | 3323 | B-5427 | SN: |
| 30071 | 1 | Passenger | 737 | -800 CFMI | 2006 | Sale,Dry | AEROMEX AIRCRAFT AerCap B.A Steve Adar ph: [425] 2 sadams@a | 3309 | N8S8AM | G: BAT: Aircraft available for dry c |
| 36552 | 1 | Passenger | 737 | -800 CFMI | 2008 | 6/30/2022 Sale,Dry | NOK AIR CHISHMA SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2797 | HS-DBD | G: |
| 32773 | 1 | Passenger | 737 | -800 CFMI | 2003 | 3/31/2020 Sale,Dry | SUNWING AVIATION Aviation Ci Andy Man ph: 949-21 andy.mans | 2349 | C-FLSW | G: |
| 34271 | 1 | Passenger | 737 | -800 CFMI | 2007 | Sale,Dry | HAINAN AI SING AMEI SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2785 | B-2676 | G: |
| 36810 | 1 | Passenger | 737 | -800 CFMI | 2008 | Sale,Dry,W GOL COMPASS, CDB Finan Mark Craig ph: -353 8 Mark.CRAI | 3357 | PR-VBK | G: |
| 33451 | 1 | Passenger | 737 | -800 CFMI | 2004 | Sale,Dry | DALIAN All TIANLANG ICBC Leasi Jim Liu Tel:+353-3 liujun@icb | 2967 | B-5196 | G: |
| 29654 | 1 | Passenger | 737 | -800 CFMI | 2001 | Sale,Dry | UNITED AII SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2041 | N76288 | G: |
| 35212 | 1 | Passenger | 737 | -800 CFMI | 2007 | Sale,Dry | UKRAINE II SAN CLEM Aviation Ci Andy Man ph: 949-21 andy.mans | 2885 | UR-PSB | G: BAT: ACMI lease offer subject t |
| 28071 | 1 | Passenger | 737 | -800 CFMI | 1996 | 6/29/2017 Dry | AIR MADA SKY HIGH I ICBC Leasi Jim Liu Tel:+353-3 liujun@icb | 2927 | SR-EBA | G: |
| 28071 | 1 | Passenger | 737 | -800 CFM56-7B | 1996 | 6/29/2017 Dry | ANADOLU STELLAR AI DVB BANK Jonathan L ph: +44-207-256-4449 | | TC-SBG | SN: |
| 28249 | 1 | Passenger | 737 | -800 CFM56-7B | 2012 | Sale,Dry | CHANGAN AIRLINES SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2061 | | SN: |
| 37260 | 1 | Passenger | 737 | -800 CFM56-7B | 2011 | Sale,Dry | AEROMEX AIRCRAFT AerCap B.A Steve Adar ph: [425] 2 sadams@a | 2447 | N860AM | G: |
| 40317 | 1 | Passenger | 737 | -800 CFM56-7B | 2001 | Sale,Dry | GARUDA I AIRCRAFT I Aircastle Li Jane O'Cai ph: -353 1/jocallaghar | 2821 | OO-JAH | G: |
| 28377 | 1 | Passenger | 737 | -800 CFM56-7B | 2012 | Sale,Dry | TUI FLY SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 3215 | PK-GEO | G: |
| 30058 | 1 | Passenger | 737 | -800 CFM56-7B | 1999 | Sale,Dry,W TRANSAVI D CAL AVIA DVB Bank | 2483 | HP-1538Ch | G: |
| 30882 | 1 | Passenger | 737 | -800 CFM56-7B | 2001 | Sale,Dry | AMERICAN AIRSP 2001 SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 2815 | B-5508 | SN: |
| 29652 | 1 | Passenger | 737 | -800 CFM56-7B | 2009 | Sale,Dry | OHAIR II L AerCap Steve Adar ph: [425] 2 sadams@a | | HS-DBO | SN: 189Y |
| 40287 | 1 | Passenger | 737 | -800 CFM56-7B | 2009 | Sale,Dry | CHINA EAS SHELLMAK Aviation Ci Andy Man ph: 949-21 andy.mans | 2891 | B-5493 | G: |
| 29930 | 1 | Passenger | 737 | -800 CFM56-7B | 2012 | Sale,Dry | RYANAIR ORIX AVIA ORIX Aviat Mr Oisin Ri ph: -353 8 oisin.riordi | 3341 | EI-EVD | G: BAT: Current lessee: Ryanair |
| 36554 | 1 | Passenger | 737 | -800 CFM56-7B | 2001 | Sale,Dry | RYANAIR ORIX AVIA ORIX Aviat Mr Oisin Ri ph: -353 8 oisin.riordi | 3215 | PK-GEO | G: |
| 36545 | 1 | Passenger | 737 | -800 CFM56-7B | 2010 | Sale,Dry | TUI FLY SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 3345 | EI-EVX | G: |
| 33621 | 1 | Passenger | 737 | -800 CFM56-7B | 2006 | 6/29/2017 Dry | AIR CHINA SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 3349 | PH-HZE | G: |
| 36648 | 1 | Passenger | 737 | -800 CFM56-7B | 2010 | 9/17/2022 Sale,Dry | NOK AIR SMBC AVi/ NOK AIR aircraft lea ph: -662-900-5955 | 2019 | N974AN | G: |
| 35064 | 1 | Passenger | 737 | -800 CFM56-7B | 2008 | Sale,Dry | Skymark ACG ACQU Aviation Ci Andy Man ph: 949-21 andy.mans | 3255 | D-AHFW | G: |
| 32904 | 1 | Passenger | 737 | -800 CFM56-7B | 2007 | Sale,Dry | TRAVIRA A TRAVIRA A BBAM Steve Zissipt ph: 775-83 marketing@ | 2661 | HL8024 | G: |
| 30650 | 1 | Passenger | 737 | -800 CFM56-7B | 2002 | Sale,Dry | TUIFLY NO AERCAP P/ AerCap B.A Steve Adar ph: [425] 2 sadams@a | 3223 | PK-TVV | G: |
| 35022 | 1 | Passenger | 737 | -800 CFM56-7B | 2009 | Sale,Dry | TRANSAV/ AERCAP AerCap Adams, Ste ph: [425] 2 sadams@a | 2545 | SE-DZV | G: |
| 36435 | 1 | Passenger | 737 | -800 CFM56-7B | 2010 | 11/18/20 Sale,Dry | RYANAIR SMBC AVi/ SMBC Avia Denis Hoge ph: -353 1 denis.hoga | 3273 | F-GZHG | G: |
| | 1 | Passenger | 737 | -800 CFM56-7B | | Wesjet | SAN CLEM Aviation Ci Andy Man ph: 949-21 andy.mans | 2807 | EI-EKA | G: |
| | | | | | | | | 2659 | C-FKWJ | G: |

| **ENGINES** | Engine 1 | Engine 2 |
|---|---|---|
| **MODEL** | CFM56-7B24 | CFM56-7B24 |
| **TOTAL HOURS SINCE NEW** | 29,197 Since New | 30,250 Since New |
| **TOTAL CYCLES SINCE NEW** | 20,776 Since New | 20,694 Since New |

## APU

**MODEL**

**TOTAL HOURS SINCE NEW**

**TOTAL CYCLE SIINCE NEW**

GTCP131-9B

47,640 Since New

44,731 Since New

## AVIONICS

- Dual Collins Flight Control Component
- Honeywell VHF Transceiver
- Honeywell HF Transceiver
- Triple Avtec Audio Control Panel
- Single Team SELCAL Decoder
- Honeywell ADF Receiver
- Honeywell ATC Transponder
- Honeywell Weather Radar
- Dual Honeywell VOR/ILS
- Honeywell Display Electronic Unit (input for EADI, EHSI, Symbol generator)
- Dual Honeywell Inertial Reference Unit
- Honeywell Radio Altimeter
- Single Honeywell EGPWS
- Single Honeywell Solid State Cockpit Voice Recorder
- Single Honeywell Solid State Flight Data Recorder
- Dual Ducane Under Locator Beacon
- Dual Smith Flight Management Computer (integrated with GPS)
- Dual GE Multi Control Display Unit
- Honeywell TCAS

1

- Honeywell ELT
- Single Skyconnect system Flight Following
- Attitude Reference Indicator & EHSI
- Inflight Entertainment System with WIFI system

## FLOORPLAN - 130 PAX CONFIGURATION



## MISCELLANEOUS

- Landing Gear with antiskid system
- Liferaft with EPIRB
- Baggage Compartment with Fire extinguisher and Smoke Detector System
- Cockpit Reinforced Door
- Portable Rechargeable Satellite Phone
- OEM standard emergency equipment (Doctor kit, First Aid Kit, Jungle Survival Kit, Life Vest, Life Raft, Portable Fire Extinguisher, Megaphone, PBE)
- Fixed ELT and Portable ELT

# Aircraft
Inbox

**Basheer Al-shabbani <balshabbani@flybaghdad.net>**
to me, Tareef

Dear C Rifaat

It was really good time when I knew you

Eng. Tareef he mentioned a lot of good things about you and I found myself has been motivated to

Dear C Rifaat now  I am the CEO of Fly Baghdad and I am the one who make the decision for my c
company in order to improve everything in the company

Now we are looking for an aircraft under lease to purchase contract or through bank finance

The specification of the aircraft as below

1- BOEING 737-800 or 700
2- YOM 2004 or younger
3-  fresh from C check
For more details you could ask Eng. Tareef


I want to hear from you cause we are ready

Thanks a lot

Basheer


--
Basheer alshabbani

C.E.O of Fly Baghdad

+9647809180298

balshabbani@flybaghdad.net


FLY BAGHDAD DISCLAIMER
This e-mail (and any attachment(s)) contains information which may be privileged and confidential.

1

this message. If you have received this message in error, please notify the sender immediately by e
opinions presented in this email or any attachments are solely those of the author and do not neces

FLY BAGHDAD DISCLAIMER
This e-mail (and any attachment(s)) contains information which may be privileged and confidential. If you are not the int
this message in error, please notify the sender immediately by e-mail, fax or phone (listed above) and return or destroy
author and do not necessarily represent those of Fly Baghdad.

&#128100;

---------- Forwarded message ---------
From: **Basheer Al-shabbani** <balshabbani@flybaghdad.net>
Date: Tue, Aug 21, 2018 at 4:05 PM
Subject: Aircraft
To: Rifaat Abulhosn <rifaatabulhosn40@gmail.com>
Cc: Tareef Othman <tothman@flybaghdad.net>


Dear C Rifaat

It was really good time when I knew you

Eng. Tareef he mentioned a lot of good things about you and I found myself has been motiva

Dear C Rifaat now  I am the CEO of Fly Baghdad and I am the one who make the decision fo
and I want to do the best for my company in order to improve everything in the company

Now we are looking for an aircraft under lease to purchase contract or through bank finance

The specification of the aircraft as below

1- BOEING 737-800 or 700
2- YOM 2004 or younger
3-  fresh from C check
For more details you could ask Eng. Tareef


I want to hear from you cause we are ready

Thanks a lot

Basheer


--
Basheer alshabbani

C.E.O of Fly Baghdad

+9647809180298

balshabbani@flybaghdad.net

FLY BAGHDAD DISCLAIMER
This e-mail (and any attachment(s)) contains information which may be privileged and confid
use, disseminate, distribute or copy this message. If you have received this message in erro
(listed above) and return or destroy the original message. Any views or opinions presented ir
do not necessarily represent those of Fly Baghdad.

FLY BAGHDAD DISCLAIMER
This e-mail (and any attachment(s)) contains information which may be privileged and confidential. If you are n
copy this message. If you have received this message in error, please notify the sender immediately by e-mail,
views or opinions presented in this email or any attachments are solely those of the author and do not necessa

**Send**

4

**balshabbani@flybaghdad.net**
Dear C Rifaat Thank u for your promote reply As regard to what I read in your email we are waiting

**Rifaat Abulhosn <rifaatabulhosn40@gmail.com>**
to tarif

for your kind attention

👤     ReplyForward

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF
## MICHIGAN

Refaat Abul Hosn

                Plaintiff

       Vs.                             Case No.
                                     Honorable Judge

Fly Baghdad Airline ,et al     F.B.

                   Jointly & Severally

               Defendant

PRO  SE

### Service of Process

Clerk Office
Theodore Lavin U.S. Court House
231 W Lafayette  Blvd. Room 599
Detroit MI  48226

Good Morning Sir/Madam

### Subject : Complaint ,Documents ,Copies

Thanking  you for considering  that the honorable Court  could accept  my Complaint , documents and copies  ,to help with not being an attorney , and limited knowledge  as Pro Se .

In result of my search I found that the following documents , are required attached to the Complaint :-

1.• Two (2) copies of the complaint: Clerk's Office copy and Judge's copy;

2 • Two (2) completed civil cover sheets;

3 • Two (2) Applications to Proceed in District Court without Prepaying Fees or Costs

4• Two (2) Plaintiff's Notice Waiving Service by U.S. Marshal (if choosing to serve the defendants yourself)

5. Waiving of Service of Summon:

If my Complaint was accepted  ,I will submit the Summon to Defendant through registering  first Class Mail to Following  following  address:-

CEO of Fly Baghdad Airlines  Mr. Basheer Al Shabbani

1

Fly Baghdad  Office in Beirut ,Lebanon .
Attention of  GSA Mr. Mhmd Al Dakdouk
Al Sabil Group , Al Qods Circuit , Facing Audi Bank , Hart Hraik
Beirut Lebanon
And to
Himriya Squere  Babil Neighborhood Sector  925,
Street 25,
Baghdad , Iraq
I Appreciate  your  patience
Respectively your

Refaat Abul Hosn
E Mail < ref2708@yahoo.com >
14565 Malcolm St.
South gate ,Mi  48195

2



| Reset Form | Print Form |

JS-44 (Rev. 6/13 RI)

# CIVIL COVER SHEET

### I. (a) PLAINTIFFS
Refaat Abul Hosn

**DEFENDANTS**
Fly Baghdad

(b) County of Residence of First Listed Plaintiff  **U.S.A.**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Iraq**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
None

Attorneys (If Known)

---

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 2  Federal Question (U.S. Government Not a Party)
☒ 3  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|-----|-----|---|-----|-----|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☒6 |

---

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**Admiralty**
☐120 Marine (Other)
☒340 Marine (Injury to Seamen)

**Admin/Agency Appeals Other**
☐890 Other Statutory Actions (APA, Appeals. IDEA Appeals. Other)

**Bankruptcy**
☐422 Appeal 28 U.S.C. § 158
☐423 Withdrawal 28 U.S.C. § 157

**Banks and Banking**
☐140 Negotiable Instruments
☐430 Banks and Banking

**Anti-trust**
☒410 Anti-Trust

**Construction Contracts**
☐130 Miller Act
☐190 Other Contracts

**Securities Law & Stockholder Suits**
☐160 Stockholders' Suits
☐850 Securities/Commodities/Exchange

**Other - Business/Comm.**
☒96 Franchise
☐690 Cable/Satellite TV

**Consumer Credit**
☐190 Other Contracts
☐371 Truth in Lending
☐480 Consumer Credit

1- JUDGMENT EXTENTION

2- ADDING PERANTS AS DEFENDANTS

**Constitutional Law**
☐950 Constitutionality of State Statutes
☐440 Other Civil Rights (Constitutionality of Federal Statues)

**Elections and Voting**
☐400 State Reapportionment
☐441 Voting

**Other - Civil Rights**
☐440 Other Civil Rights
☐443 Housing/Accommodations
☐446 Americans with Disabilities
☐448 Civil Rights - Education

**Copyright & Trademark (Intellectual Property)**
☐820 Copyright
☐840 Trademark

**Employment Discrimination**
☒442 Employment
445 Americans with Disabilities - Employment
440 Other -Civil Rights

**ERISA**
☐791 Employment Ret.

**Other Employment Benefits**
☐190 Other - Contract
☐442 Other - Employment

**Environmental Law**
☐893 Environmental Matters

**Immigration**
☐462 Naturalization App.
☒465 Other Immigration Actions

**Indian Law**
☐890 Other Statutory Actions

**Insurance**
☐110 Insurance Contract

**Labor and Occupational Safety**
☐720 Labor/Management
☐740 Railway Labor Act
☐751 Labor: Family and Medical Leave Act
☐790 Other Labor Litigation

**Miscellaneous Civil Cases**
☐150 Recovery of Overpayment and Enforcement of Judgment (Collections)
☐151 Medicare Act
☐152 Recovery of Defaulted Student Loans (excluding Veterans)
☐153 Recovery of Overpayment of Veterans' Benefits
☐375 Other Statutes: False Claims Act
☐440 Other Civil Rights (Immigration/Deportation)
☐460 Deportation
☐625 Drug related seizure of property

CONTINUED ON
REVERSE SIDE

**Miscellaneous Civil Cases Continued**
☐690 Other (Forfeiture/Penalty)
☐870 Taxes (U.S. Plaintiff or Defendant)
☐871 IRS-Third Party (26 U.S.C. § 7609)
☐890 Other Statutory Actions
☐891 Agricultural Acts
☐895 Freedom of Information Act
☐896 Other Statutes: Arbitration
☐899 Other Statutes: Admin. Procedures Act/Review/

**Patents (Intellectual Property)**
☐830 Patents

**Prisoner Petitions**
**HABEAS CORPUS**
☐510 Motions to Vacate Sentence (Habeas)
☐530 General (Habeas)
☐535 Death Penalty (Habeas)
**OTHER**
☐540 Mandamus and Other
☐550 Civil Rights (1983)
☐555 Prison Conditions (1983)
☐560 Civil Detainee-Cond. of Confinement

**Real and Personal Property**
☐210 Land Condemnation
☐220 Foreclosure
☐230 Rent, Lease and Ejectment
☐240 Torts to Land
☐290 All other Real Property
☐380 Other Personal Property Damage

**RICO**

**Social Security**
☐861 HIA (1395ff)
☐862 Black Lung (923)
☐864 SSID Title XVI
☐865 RSI (405(g))

**Mass Torts**
☐360 Other Personal Injury
**Products Liability**
☐195 Contract Product Liability
☐245 Tort Product Liability
☐315 Airplane Product Liability
☐345 Marine Product Liability
☐355 Motor Vehicle Product Liability
☐365 Personal Injury Product Liability
☐385 Property Damage

**Professional Malpractice**
☐362 Personal Injury - Med. Malpractice

**Motor Vehicle**
☐350 Motor Vehicles
☐360 Other Personal Injury

**Other Torts and Personal Injury incl. Asbestos cases**
☒310 Airplane
☐320 Assault. Libel and Slander
☐330 Federal Employers Liability
☐360 Other Personal Injury (Fed. Tort Claims Act)
☐360 Other Personal Injury: HealthCare/Pharmaceutical Personal Injury Product Liability
☐368 Asbestos Personal Injury

**V. ORIGIN** (Place an "X" In One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (Specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge From Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

plaintiff did not fullfil committment as per N.D.N.C

**VII. REQUESTED IN COMPLAINT**

☐ Check if this is a Class Action Under F.R.C.P. 23

DEMAND $ **$ 1800000.**

Total

JURY DEMAND: ☒ Yes  ☐ No
(Check YES only if demanded in complaint)

**VIII. RELATED CASE(S) IF ANY**

JUDGE_____

DOCKET NUMBER _____

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Dec 8th,2020
_____

Date

_____

Signature of Attorney of Record

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  NATURE OF SUIT: Place an X in the appropriate box. Make sure to select the Nature of Suit from the category which best describes the primary cause of action found in your complaint. You must select only one nature of suit.

VIII. RELATED CASES, IF ANY: This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

| FOR OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| Receipt #_____ | Amount_____ | Applying IFP_____ | Judge_____ | Mag. Judge _____ |