UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REFAAT ABUL HOSN,

    Plaintiff,

v.

FLY BAGHDAD AIRLINE,

    Defendant.
_____/

Case No. 20-cv-13442
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

          KINIKIA ESSIX
          CLERK OF COURT

          By:   s/Holly A. Ryan
                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 23, 2022
Detroit, Michigan

1