UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REFAAT ABUL HOSN,

    Plaintiff,                                       Case No. 20-cv-13442
                                                    Hon. Matthew F. Leitman

v.

FLY BAGHDAD AIRLINE,

    Defendant.

_____/

**ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION (ECF No. 46)**

On March 23, 2022, the Court entered an order (1) denying Plaintiff Refaat Abul Hosn's motion for a default judgment, (2) setting aside the Clerk's entry of default against Defendant Fly Baghdad Airline ("FBA"), and (3) dismissing this action without prejudice due to Hosn's failure to properly and timely serve FBA with the Summons and Complaint. (*See* Order, ECF No. 44.)

Hosn has now moved for reconsideration of the Court's March 23 order. (*See* Mot. for Reconsideration, ECF No. 46.) Motions for reconsideration in this Court are governed by Local Rule 7.1(h). That rule provides as follows:

> Motions for reconsideration of non-final orders are disfavored. They must be filed within 14 days after entry of the order and may be brought only upon the following grounds:

1

(A)   The court made a mistake, correcting the mistake changes the outcome of the prior decision, and the mistake was based on the record and law before the court at the time of its prior decision;

(B)   An intervening change in controlling law warrants a different outcome; or

(C)   New facts warrant a different outcome and the new facts could not have been discovered with reasonable diligence before the prior decision.

E.D. Mich. Local Rule 7.1(h)(2)(A)-(C).

The Court has carefully reviewed Hosn's motion for reconsideration, and it concludes that Hosn has not met the standard for reconsideration set forth in Local Rule 7.1(h).  Accordingly, Hosn's motion for reconsideration (ECF No. 46) is **DENIED**.

**IT IS SO ORDERED.**

Dated:  April 12, 2022

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 12, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126