UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REFAAT ABUL HOSN,

    Plaintiff,                                        Case No. 20-cv-13442
                                                 Hon. Matthew F. Leitman

v.

FLY BAGHDAD AIRLINE,

    Defendant.
_____/

**ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION (ECF No. 48)**

On March 23, 2022, the Court entered an order (1) denying Plaintiff Refaat Abul Hosn's motion for a default judgment, (2) setting aside the Clerk's entry of default against Defendant Fly Baghdad Airline ("FBA"), and (3) dismissing this action without prejudice due to Hosn's failure to properly and timely serve FBA with the Summons and Complaint. (*See* Order, ECF No. 44.) Hosn then moved for reconsideration of the Court's March 23 order. (*See* Mot. for Reconsideration, ECF No. 46.) The Court denied the motion in a written order dated April 12, 2022. (*See* Order, ECF No. 46.)

On April 25, 2022, Hosn filed a second motion for reconsideration asking the Court to reconsider its denial of his motion for reconsideration. (*See* Mot., ECF No. 48.) Such a motion is not allowed under the Court's Local Rules. Indeed, Eastern

1

District of Michigan Local Rule 7.1(h)(4) provides that "[a] motion to reconsider an order denying a motion for reconsideration may not be filed." Moreover, the Court has reviewed the motion for reconsideration, and it does not persuade the Court that it erred when it denied Hosn's initial motion for reconsideration.

For all of these reasons, Hosn's motion for reconsideration (ECF No. 48) is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 11, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126